```
PHILLIP A. TALBERT
United States Attorney
Christopher S. Hales
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 2:23-cr-0225 DB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| TIMOTHY GARY WILSON, | DATE: January 30, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Deborah Barnes |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Christopher S. Hales, and the defendant, Timothy Gary Wilson, by and through his counsel of record, Linda Harter, hereby stipulate and request the Court to order that the restitution and sentencing hearing currently set for January 30, 2024, at 10:00 a.m. be continued to February 27, 2024, at 10:00 a.m.

IT IS SO STIPULATED AND REQUESTED.

Dated: January 24, 2024

```
PHILLIP A. TALBERT
United States Attorney


/s/ Christopher S. Hales
Christopher S. Hales
Assistant United States Attorney
```

Dated: January 24, 2024  /s/ Linda Harter
Linda Harter
Counsel for Defendant
TIMOTHY GARY WILSON
*(Emailed 01/23/2024)*

## ORDER

IT IS SO ORDERED, that the restitution and sentencing hearing is set for February 27, 2024, at 10:00 a.m.

DATED: January 24, 2024  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE